CAYETANO COLL CUCHÍ, demandante y apelado, *v.* EUGENIO REYES, demandado y apelante.

No. 4969.—*Sometido:* Febrero 18, 1930. *Resuelto:* Noviembre 20, 1930.

*Artemio P. Rodríguez,* abogado del apelante; *Luis R. Polo,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante vendió y entregó el 16 de septiembre de 1929 al apelado 23 vacas para lechería a razón de $140 cada una y tres días antes de transcurrir seis meses desde la venta y entrega fué demandado judicialmente por el comprador para que le pagase $670 como valor de cinco de esas vacas que tenían vicios o defectos ocultos que las hacían impropias para el uso a que se destinaban, por tener tres de ellas inútiles las ubres y dos por no ser aptas para la reproducción por ser viejas. Contestada la demanda y celebrado el juicio recayó la sentencia condenatoria que motiva esta apelación.

La cuestión fundamental alegada por el apelante en su contestación a la demanda y también en este recurso es que

la acción ejercitada por el apelado estaba prescrita al tiempo de presentar su demanda, por lo dispuesto en el artículo 1399 y en el 1387 del Código Civil vigente.

Después de declarar el Código Civil en sus artículos 1364 y 1377 que el vendedor está obligado al saneamiento de la cosa vendida y a responder de su posesión legal y pacífica y de los vicios o defectos ocultos que tuviere, tiene dos párrafos o apartados con varios artículos cada uno, estando dedicados los siete primeros del segundo de esos párrafos a tratar de los vicios ocultos en las cosas en general, concediendo acción en esos casos el artículo 1389 al comprador para optar entre desistir del contrato, abonándosele los gastos que pagó, que es la acción redhibitoria, o rebajar una cantidad proporcional del precio, a juicio de peritos, que es la acción estimatoria o *cuanti minoris;* acciones que según el artículo 1393 se extinguirán a los seis meses, contados desde la entrega de la cosa vendida. Los restantes artículos del párrafo segundo tratan de los vicios o defectos ocultos en las ventas de animales y ganados, disponiendo el artículo 1399 que en estos casos la acción redhibitoria deberá interponerse dentro de cuarenta días, contados desde su entrega al comprador, salvo que por el uso en cada localidad se hallen establecidos mayores o menores plazos; y el 1402 que en las ventas de animales y ganados con vicios redhibitorios gozará también el comprador de la facultad expresada en el artículo 1389, ya citado; pero deberá usar de ella dentro del mismo término que para el ejercicio de la acción redhibitoria queda respectivamente señalado.

Por lo expuesto se ve que nuestra ley civil substantiva concede por su artículo 1402 al comprador de animales con vicios ocultos las mismas acciones que el artículo 1389 confiere al comprador de cosas en general, o sea, la acción redhibitoria para rescindir el contrato o la estimatoria para rebajar una cantidad proporcional del precio, con la diferencia de que en los casos a que se refiere el artículo 1389 habrá de ejercitarse una u otra acción dentro de sesenta días

542

contados desde la entrega de la cosa, mientras que cuando se trata de animales ese plazo es de cuarenta días para cualquiera de esas dos acciones, pues el artículo 1399 fija cuarenta días para la acción redhibitoria en las ventas de animales y el 1402 dispone que en las ventas de animales y ganados el comprador tendrá las mismas acciones del artículo 1389, o sea la redhibitoria o la estimatoria, pero haciéndose uso de ellas dentro del mismo término que para el ejercicio de la acción redhibitoria queda respectivamente señalado; y como el término para la acción redhibitoria en los casos de venta de animales es de cuarenta días según el artículo 1399, tenemos que llegar a la conclusión de que es de cuarenta días el término que rige para la acción estimatoria cuando se trata de la venta de animales y ganados. Sobre este particular dice el Sr. Manresa en sus Comentarios al Código Civil español, tomo X, página 262, tratando del artículo 1499 y refiriéndose a los artículos 1490 y 1496 de dicho código, que son iguales a los nuestros 1402, 1393 y 1399, lo siguiente:

"No se limita el artículo a esto, sino que, a semejanza del 1490, señala un plazo común para el ejercicio de ambas acciones en las ventas de animales y ganados; este plazo es el establecido en el artículo 1496 al hablar de la acción redhibitoria, esto es, el marcado por los usos locales, y en su defecto, el de cuarenta días."

Por lo expuesto y por no haberse alegado ni probado que el uso en la localidad ha establecido mayor término que el de cuarenta días para comenzar la acción establecida por el apelado, tenemos que concluir que dicha acción estaba prescrita cuando la demanda fué presentada y que *debe revocarse la sentencia apelada y absolverse al demandado, sin especial condena de costas.*